**Troy G. Sexton**, OSB #115184
tsexton@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, Oregon 97204-3211
Telephone (503) 417-0517
Facsimile (503) 417-0527

Attorney for Defendant Brad Fredericks

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **F. Antone Accuardi**<br><br>Plaintiff,<br><br>v.<br><br>**Brad Fredericks, John & Jane Doe 1-10,**<br><br>Defendants. | Case No. 3:13-cv-01825-ST<br><br>DEFENDANT BRAD FREDERICKS' SPECIAL MOTION TO STRIKE (ANTI-SLAPP MOTION)<br><br>ORAL ARGUMENT REQUESTED |

### I.  Local Rule 7.1 Certification

Pursuant to L.R. 7.1 counsel for the Defendants has attempted to confer with the Plaintiff by both phone and email, but Plaintiff never responded to Defense counsel's correspondence.

/ / / /


/ / / /

PAGE 1  - DEFENDANT DAVID STINGL AND TONY SIRIANNI'S MOTION FOR SUMMARY JUDGMENT

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 200
Portland, Oregon  97204-3010
Telephone (503) 417-0500 • Fax (503) 417-0501

## II. Motion

Pursuant to ORS 31.150, Defendant Brad Fredericks moves for an order to striking Plaintiff F. Antone Accuardi's complaint and seeks his reasonable attorney's fees. In support of his motion, Fredericks relies on his memorandum in support of this special motion to strike, its attached exhibits and declarations and the documents in the court's record.

**Motschenbacher & Blattner LLP**

/s/ Troy G. Sexton_____

Troy G. Sexton OSB #115184
Of Attorneys for Defendant Brad Fredericks

PAGE 2  - DEFENDANT DAVID STINGL AND TONY SIRIANNI'S MOTION FOR SUMMARY JUDGMENT

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 200
Portland, Oregon  97204-3010
Telephone (503) 417-0500 • Fax (503) 417-0501

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT BRAD FREDERICKS' SPECIAL MOTION TO STRIKE (ANTI-SLAPP MOTION)** on:

**F. Antone Accuardi**
64783 E. Lupine Dr
Rhododendron, OR 97049
503-564-9130
Email: interlaw@justice.com


[  ] Via First Class Mail

[  ] Via Email

[  ] Via Hand Delivery

[X] Via ECF Notification

DATED: November 18, 2013.

/s/ Troy G. Sexton
**Troy G. Sexton**, OSB #115184
tsexton@portlaw.com
Attorneys for Defendant Brad Fredericks.

PAGE 1 – CERTIFICATE OF SERVICE