**Troy G. Sexton**, OSB #115184
tsexton@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, Oregon 97204-3211
Telephone (503) 417-0517
Facsimile (503) 417-0527

Attorney for Defendant Brad Fredericks

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **F. Antone Accuardi**<br><br>Plaintiff,<br><br>v.<br><br>**Brad Fredericks, John & Jane Doe 1-10,**<br><br>Defendants. | Case No. 3:13-cv-01825-ST<br><br>DEFENDANT'S MOTION TO RESET BRIEFING SCHEDULE<br><br>EXPEDITED HEARING REQUESTED |

### I.  Local Rule 7.1 Certification

Pursuant to LR 7.1 counsel for the defendant has conferred with the plaintiff but was unable to reach an agreement.

/ / / /

/ / / /

/ / / /

PAGE 1 – DEFENDANT'S MOTION TO RESET BRIEFING SCHEDULE
H:\TSEXTON\FREBRA.2507\DEFAMATION DEFENSE.001\PLEADINGS\MOTION TO RESET BRIEFING SCHEDULE.DOC

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 200
Portland, Oregon  97204-3010
Telephone (503) 417-0500 • Fax (503) 417-0501

## II.  Motion

Defendant Brad Fredericks moves the court for an order resetting the scheduling order issued in this matter to the deadlines specified in LR 7-1(e).  In support of his motion, Fredericks relies on his memorandum in support and the documents in the court's record.

**Motschenbacher & Blattner LLP**

/s/ Troy G. Sexton_____

Troy G. Sexton OSB #115184
Of Attorneys for Defendant Brad Fredericks

PAGE 2 – DEFENDANT'S MOTION TO RESET BRIEFING SCHEDULE
H:\TSEXTON\FREBRA.2507\DEFAMATION DEFENSE.001\PLEADINGS\MOTION TO RESET BRIEFING SCHEDULE.DOC

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 200
Portland, Oregon  97204-3010
Telephone (503) 417-0500 • Fax (503) 417-0501

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S MOTION TO RESET BRIEFING SCHEDULE** on:

**F. Antone Accuardi**
64783 E. Lupine Dr
Rhododendron, OR 97049
503-564-9130
Email: interlaw@justice.com


[  ] Via First Class Mail

[  ] Via Email

[  ] Via Hand Delivery

[X] Via ECF Notification

DATED: November \_\_\_\_, 2013.


/s/ Troy G. Sexton
**Troy G. Sexton**, OSB #115184
tsexton@portlaw.com
Attorneys for Defendant Brad Fredericks.

PAGE 1 – CERTIFICATE OF SERVICE