UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

F. ANTONE ACCUARDI,

        Plaintiff,

    v.

BRAD FREDERICKS,

        Defendant.

Case No. 3:13-cv-01825-ST

**JUDGMENT**

**STEWART, Magistrate Judge:**

    Based on the granting of defendant's Amended Special Motion to Strike pursuant to ORS 31.150, *et seq*, it is hereby ORDERED and ADJUDGED that this action is dismissed without prejudice.

    DATED  March 4, 2014.

                                                      s/ Janice M. Stewart
                                                    Janice M. Stewart
                                                    United States Magistrate Judge