UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**F. ANTONE ACCUARDI**,

        Plaintiff,

        v.

**BRAD FREDERICKS**,

        Defendant.

Case No. 3:13-cv-01825-ST

**SUPPLEMENTAL JUDGMENT**

**STEWART, Magistrate Judge:**

    Based on the granting of defendant's Motion for Attorney Fees, it is hereby ORDERED and ADJUDGED that defendant is awarded the sum of $41,887.30 in attorney fees from plaintiff.

    DATED  April 22, 2014.

                                                s/ Janice M. Stewart
                                                Janice M. Stewart
                                                United States Magistrate Judge